UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN DIXON,

                Petitioner,

  -against-

DAVID L. MILLER, Superintendent,
Eastern Correctional Facility,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV-1611 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 6 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on November 30, 2005, dismissing petitioner's application for a writ of habeas corpus; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's application for a writ of habeas corpus is dismissed; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       November 30, 2005

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court